# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 24, 2011

142495

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

JAQUWANNE TERRIL RUTLEY,
     Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 142495
COA: 291682
Washtenaw CC: 08-000671-FC

      On order of the Court, the application for leave to appeal the November 30, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2011

h0516

_____
Clerk